**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF NEW YORK**

JEROME K. PERDUM SR

*Plaintiff*

v.

FOREST CITY RATNER COMPANIES,
TARGET STORES, PATHMARK STORES
INC,

*Defendants*

**Civil Action No.:  11 CV  0315**

**CONSENT TO CHANGE ATTORNEYS**

C O U N S E L O R S:

IT IS HEREBY CONSENTED, that the law office of FREIMAN ACKER, LLP, 1500

Broadway, 21st Floor, New York, New York 10036, be substituted as attorneys of record for

defendant, FOREST CITY RATNER COMPANIES, LLC s/h/a FOREST CITY RATNER

COMPANIES, in the above-entitled action in place and stead of QUIRK and BAKALOR P.C.,

845 Third Avenue, 15th Floor, New York, New York 10022, as of the date hereof.

Dated: New York, New York
         July 28, 2011

QUIRK and BAKALOR, P.C. (Outgoing Attorneys)
845 Third Avenue, 15th Floor
New York, New York 10022
212.319.1000

Richard M. Freiman, Esq.–RMF 8077 (Incoming attorneys)
FREIMAN ACKER, LLP
1500 Broadway, 21st Floor
New York, New York 10036
646.553.1900

FOREST CITY RATNER COMPANIES, LLC

By: _____
Rachel M. Harari, Esq.
Associate General Counsel


STATE OF NEW YORK        )
                         ) SS.:
COUNTY OF KINGS          )


On the 28th day of July, 2011, before me personally came RACHEL M. HARARI, to me known, who, being by me duly sworn, did depose and say, that she is Associate General Counsel of Forest City Ratner Companies, LLC, the party described herein and who executed the foregoing Consent to Change Attorney and acknowledged to me that she executed the same.


_____
Notary Public

JEANNE MUCCI
Notary Public, State of New York
No. 30-4834577
Qualified in Nassau County
Commission Expires March 30, 2015

2