UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
------------------------------------------------------------x
JEROME K. PERDUM SR.,

                Plaintiff,

    - v -

FOREST CITY RATNER COMPANIES,
TARGETS STORES, PATHMARK STORES
INC.,

                Defendants.
------------------------------------------------------------x

**ORDER**

CV-11-315 (RJD)(VVP)

**TO:**   Robert M. Fleischer, Esq.
        **PRYOR CASHMAN LLP**

      On February 16, 2011, you filed a notice of bankruptcy in this action on behalf of your client, the defendant Pathmark Stores, Inc. On March 18, 2011, the court directed that you file a letter on or before June 30, 2011 to advise the court of the status of the bankruptcy proceedings as to Pathmark. No such letter has yet been filed. Accordingly, you are hereby again directed to file a letter advising this court of the status of the bankruptcy proceedings. The filing is to be made within fourteen days.

                                      **SO ORDERED:**

                                      *Viktor V. Pohorelsky*
                                    VIKTOR V. POHORELSKY
                                    United States Magistrate Judge

Dated:   Brooklyn, New York
            April 16, 2012